# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

**_Hearing Information:_**

**ADV:  09-90218**

**DDC,  LLC & SOLEDAD PROPERTY IDAHO, LLC VS ROBERT JOSEPH RUBIO & RUBIO INVESTMENTS, LLC**

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ROBERT JOSEPH & LINDA ELLEN RUBIO | | |
| **Case Number:** | 09-02136-LT7 | **Chapter:** | 7 |
| **Date / Time / Room:** | THURSDAY, JUNE 24, 2010 10:30 AM   DEPARTMENT 3 | | |
| **Bankruptcy Judge:** | LAURA S. TAYLOR | | |
| **Courtroom Clerk:** | SHAWNA DAHL | | |
| **Reporter / ECR:** | SUE ROSS | | |

**_Matter:_**

PRETRIAL STATUS CONFERENCE (fr 6/1/10)

**_Appearances:_**

J. DANIEL HOLSENBACK, ATTORNEY FOR DDC,  LLC, SOLEDAD PROPERTY IDAHO, LLC
BERNARD M. HANSEN, ATTORNEY FOR ROBERT JOSEPH RUBIO, RUBIO INVESTMENTS, LLC

**_Disposition:_**

Continued to 8/26/10 at 11:00 a.m.

Discovery cut off date set as 11/30/10
Dispositive motion cut off date set as 1/12/11
Dates as set forth in 7016 and as outlined in open court will be incorporated into Courts Scheduling Order