Order Entered on
June 28, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>Robert Joseph Rubio & Linda Ellen Rubio<br><div align="right">Debtor.</div> | BANKRUPTCY NO. 09-02136-LT7 |
| DDC, LLC, a California limited liability company, and SOLEDAD PROPERTIES IDAHO, LLC, an Idaho limited liability company<br><div align="right">Plaintiff(s)</div> | ADVERSARY NO.   09-90218-LT |
| v.<br><br>ROBERT RUBIO, an individual, and RUBIO INVESTMENTS, LLC, a California limited liability company,<br><div align="right">Defendants(s)</div> | Date of Hearing: June 24, 2010<br>Time of Hearing: 10:30 a.m.<br>Name of Judge: Laura S. Taylor |

## ORDER AFTER PRE-TRIAL STATUS CONFERENCE

IT IS HEREBY ORDERED as set forth on the one continuation page attached, numbered two (2).

DATED: June 25, 2010

_____
Judge, United States Bankruptcy Court

```
ORDER AFTER PRE-TRIAL STATUS CONFERENCE
DEBTORS: Robert Joseph Rubio & Linda Ellen Rubio          CASE NO.:   09-02136-LT7
DDC, LLC et al. v. Robert Joseph Rubio                    ADV. NO.:   09-90218-LT
```

A Pre-Trial Status Conference was held on June 24, 2010, before Judge Laura S. Taylor, in Dept. 3 of the United States Bankruptcy Court.  Appearances were made as stated on the record. Pursuant to discussions regarding the status of the pending litigation,

IT IS HEREBY ORDERED that:

1. The next Pre-Trial Status Conference in this matter shall be held in this Department on August 26, 2010 at 11:00 a.m.;

2. Deadlines in this matter shall be as follows:

(a) Discovery cutoff (discovery return date): November 30, 2010;

(b) Designation and report of expert for Plaintiffs: October 1, 2010;

(c) Designation and report of expert for Defendants: November 1, 2010;

(d) Dispositive Motions to be filed no later than: January 12, 2011; and

(e) Amendment of pleadings:  as set forth in Rule 7016 Certificate of Compliance (docket #56).

*Signed by Judge Laura Stuart Taylor June 25,2010*