Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
3465 Camino Del Rio South, Suite 250
San Diego, CA 92108-3905
(619) 283-3371
Facsimile (619) 282-8900
bernardmhansen@sbcglobal.net

Attorney for Defendant, Robert Rubio

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ROBERT JOSEPH RUBIO and LINDA ELLEN RUBIO<br><br>         Debtors.<br>Case No. 09-02136-LT<br><br>DDC, LLC, a CA limited liability company, and SOLEDAD PROPERTIES IDAHO, LLC, an Idaho limited liability company,<br><br>         Plaintiffs,<br>vs.<br><br>ROBERT RUBIO, an individual, and RUBIO INVESTMENT, LLC, a CA limited liability company,<br><br>         Defendants. | ADVERSARY PROCEEDING NO. 09-90218-LT7<br><br>NOTICE OF MOTION BY ROBERT RUBIO FOR ORDER:<br><br>(1) AUTHORIZING ROBERT RUBIO TO FILE A FIRST AMENDED ANSWER; AND<br><br>(2) COMPELLING FURTHER RESPONSES TO DISCOVERY<br><br><br>DATE: August 26, 2010<br>TIME: 11:00 a.m.<br>DEPT.: Three<br><br>HONORABLE LAURA S. TAYLOR |

///

///

TO: DDC, LLC, AND SOLEDAD PROPERTIES IDAHO, LLC, AND THEIR COUNSEL OF RECORD:

NOTICE

Notice is hereby given the Motion by Robert Rubio For Order: (1) Authorizing Robert Rubio to File a First Amended Answer; and (2) Compelling Further Responses to Discovery (the "Motion") will be heard on August 26, 2010, at 11:00 a.m. in Department Three of the above-captioned court located at 325 West F Street, San Diego, California 92101.

You are further notified any opposition to the Motion must be filed and served 14 days after service of this Motion, if served personally, or 17 days after service of this Motion, if served by mail.

Dated: July 30, 2010                                      /s/ Bernard M. Hansen
                                                          Bernard M. Hansen,
                                                          Attorney for Robert Rubio