# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
# Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **ADV:** | 09-90218 |
|  | **DDC, LLC VS ROBERT JOSEPH RUBIO** |
| **Debtor:** | ROBERT JOSEPH & LINDA ELLEN RUBIO |
| **Case Number:** | 09-02136-LT7    **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 29, 2010 11:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | CONNIE MIHOS |

### *Matters:*

1) PRETRIAL STATUS CONFERENCE (fr 8/26/10)

2) MOTION OF PLAINTIFF DDC, LLC TO COMPEL DEFENDANT RUBIO'S PRODUCTION OF DOCUMENTS AND FOR MONETARY SANCTIONS (fr 8/26/10)

3) DEFENDANT'S MOTION AUTHORIZING ROBERT RUBIO TO FILE A FIRST AMENDED ANSWER

### *Appearances:*

J. DANIEL HOLSENBACK, ATTORNEY FOR DDC, LLC, SOLEDAD PROPERTY IDAHO, LLC
BERNARD M. HANSEN, ATTORNEY FOR ROBERT JOSEPH RUBIO, RUBIO INVESTMENTS, LLC

### *Disposition:*

1) Continued to 1/13/11 at 9:30 a.m.
2) Grant in part, deny in part as outlined in open court. Documents to be produced with 28 days of entry of the order. Sanctions denied.  Order from Holsenback
3) Grant. No formal order required.