#2

Case:  <u>DDC, LLC and Soledad Properties Idaho, LLC v. Robert Rubio and Rubio Investment, LLC</u>  (09-90218-LT)

(In re Robert Joseph Rubio and Linda Ellen Rubio, Bk. 09-02136-LT7)

Hearing Date/Time:   February 24, 2011 at 9:30 a.m.

## 2. MOTION FOR MONETARY SANCTIONS AND OTHER RELIEF UNDER FRCP 7037

Dept. 3 Tentative:

Grant.

Plaintiffs' objections to the Second Set of Interrogatories were seven weeks late and came only after Defendant complied with his meet and confer requirements and filed a motion seeking to compel response and to obtain monetary sanctions.  Plaintiffs fail to demonstrate good cause for their untimely response; their objections are waived.  See FRCP 33(b)(4); FRBP 7033.  The interrogatory is not identical to a prior request and is not so grossly overbroad that the Court would excuse Plaintiffs' failure to respond.

Plaintiffs must respond.  Sanctions in the amount of $1,200 appear appropriate.

This determination is without prejudice to Plaintiffs' right to argue relevance issue at trial.

## 3. ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Hear.  Based on Plaintiffs' timely response, Court's current intent is to determine that neither dismissal nor monetary sanction is appropriate.